■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JANE HILBURN, Appellant. (Appeal No. 1.) [940 NYS2d 516]—Appeal from a judgment of the Wayne County Court (Dennis M. Kehoe, J.), rendered August 7, 2007. The judgment convicted defendant, upon her plea of guilty, of criminal mischief in the third degree and attempted forgery in the second degree.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JANE HILBURN, Appellant. (Appeal No. 2.) [940 NYS2d 516]—Appeal from a judgment of the Wayne County Court (Dennis M. Kehoe, J.), rendered August 7, 2007. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Centra, J.P., Carni, Lindley, Sconiers and Martoche, JJ.